# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES C. KELLEY, | ) | 3:16-cv-00041-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 20, 2017 |
| DR. KAREN GEDNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Motion for Court to Issue Service of Summons for Defendant Perry (ECF No. 35). Plaintiff requests the court to reissue a USM-285 form for Defendant Jonathan Perry, Director of Nursing, who is Defendant John Perry's successor. Defendants state they have no opposition (ECF No. 38), and have filed a Second Supplemental Notice of Acceptance of Service (ECF No. 39).

　　Based upon Defendants' Second Supplemental Notice of Acceptance of Service (ECF No. 39) accepting service on behalf of Defendant Jonathan Perry, Plaintiff's Motion for Court to Issue Service of Summons for Defendant Perry (ECF No. 35) is **DENIED** as moot.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By:   <u>     /s/                              </u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk