UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES C. KELLEY,<br><br>                        Plaintiff,<br>v.<br>DR. KAREN GEDNEY, *et. al.*,<br><br>                        Defendants. | Case No. 3:16-cv-00041-MMD-WGC<br><br>ORDER REGARDING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 42), recommending the granting of Defendant John Peery's Motion for Summary Judgment (ECF No. 33). Plaintiff had until June 19, 2017, to file an objection. (ECF No. 42.) To date, no objection to the R&R has been filed[1].

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See*

---

[1] Plaintiff did not respond to Peery's motion, and had suggested that Peery is not a proper defendant. (ECF No. 35.)

*United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Having reviewed Defendant Peery's Motion for Summary Judgment and the R&R, the Court agrees with the Magistrate Judge's recommendation and will adopt it.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 42) is accepted and adopted in full.

It is further ordered that Defendant Peery's Motion for Summary Judgment (ECF No. 33) is granted.

DATED THIS 14th day of August 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE